

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    CRIMINAL ACTION NOS. 2:13-cr-00091-7 & -4

JAMAA I. JOHNSON &
DARRELL E. GILLESPIE,

Defendants.

# VERDICT

Question 1. As to the charge of Conspiracy to Commit Armed Robberies in violation of Title 18, United States Code, Section 1951 contained in Count One of the Indictment, we the jury find the Defendant, Jamaa I. Johnson:

_____X_____ GUILTY              _____ NOT GUILTY

Question 2. As to the charge of Conspiracy to Commit Armed Robberies in violation of Title 18, United States Code, Section 1951 contained in Count One of the Indictment, we the jury find the Defendant, Darrell E. Gillespie:

_____X_____ GUILTY              _____ NOT GUILTY

Question 3. As to the charge of Conspiracy to Use Firearms in Crimes of Violence in violation of Title 18, United States Code, Section 924(o) contained in Count Two of the Indictment, we the jury find the Defendant, Jamaa I. Johnson:

_____X_____ GUILTY                    _____ NOT GUILTY

Question 4.  As to the charge of Conspiracy to Use Firearms in Crimes of Violence in violation of Title 18, United States Code, Section 924(o) contained in Count Two of the Indictment, we the jury find the Defendant, Darrell E. Gillespie:

_____X_____ GUILTY                    _____ NOT GUILTY

Question 5.  As to the charge of Robbery Affecting Interstate Commerce in violation of Title 18, United States Code, Sections 1951 and 2 contained in Count Three of the Indictment, we the jury find the Defendant, Jamaa I. Johnson:

_____ GUILTY                    _____X_____ NOT GUILTY

Question 6.  If you found the Defendant, Jamaa I. Johnson, not guilty in Question 5 above, do not provide an answer to this Question 6.  As to the charge of Use of Firearms in a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A) contained in Count Four of the Indictment arising out of the charge of Robbery Affecting Interstate Commerce in Count Three, we the jury find the Defendant, Jamaa I. Johnson:

_____ GUILTY                    _____ NOT GUILTY

Question 7.  Regardless of your answer to Question 6 above, answer this Question 7 if you found the Defendant, Jamaa I. Johnson, guilty of the charge of Conspiracy to Commit Armed Robberies in violation of Title 18, United States Code, Section 1951 contained in Count One of the Indictment.  As to the charge of Use of Firearms in a Crime of Violence in violation of Title

18, United States Code, Section 924(c)(1)(A) contained in Count Four of the Indictment arising out of the acts of a co-conspirator, we the jury find the Defendant, Jamaa I. Johnson:

 GUILTY          \_\_X\_\_ NOT GUILTY

Question 8.  Answer this Question 8 only if you found the Defendant, Jamaa I. Johnson, guilty in either Question 6 or Question 7 above.  As to the charge of Use of Firearms in a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A) contained in Count Four of the Indictment, we the jury find the Defendant, Jamaa I. Johnson:

_____ USED A FIREARM          _____ CARRIED A FIREARM

_____ BRANDISHED A FIREARM

Question 9.  As to the charge of Robbery Affecting Interstate Commerce in violation of Title 18, United States Code, Sections 1951 and 2 contained in Count Five of the Indictment, we the jury find the Defendant, Darrell E. Gillespie:

\_\_X\_\_ GUILTY          _____ NOT GUILTY

Question 10.  If you found the Defendant, Darrell E. Gillespie, not guilty in Question 9 above, do not provide an answer to this Question 10.  As to the charge of Use of Firearms in a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A) contained in Count Six of the Indictment arising out of the charge of Robbery Affecting Interstate Commerce in Count Five, we the jury find the Defendant, Darrell E. Gillespie:

 GUILTY          \_\_X\_\_ NOT GUILTY

Question 11. Regardless of your answer to Question 10 above, answer this Question 11 if you found the Defendant, Darrell E. Gillespie, guilty of the charge of Conspiracy to Commit Armed Robberies in violation of Title 18, United States Code, Section 1951 contained in Count One of the Indictment. As to the charge of Use of Firearms in a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A) contained in Count Six of the Indictment arising out of the acts of a co-conspirator, we the jury find the Defendant, Darrell E. Gillespie:



_____X_____ GUILTY          _____ NOT GUILTY

Question 12. Answer this Question 12 only if you found the Defendant, Darrell E. Gillespie, guilty in either Question 10 or Question 11 above. As to the charge of Use of Firearms in a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A) contained in Count Six of the Indictment, we the jury find the Defendant, Darrell E. Gillespie:



_____ USED A FIREARM          ____X____ CARRIED A FIREARM

_____ BRANDISHED A FIREARM

Question 13. As to the charge of Robbery Affecting Interstate Commerce in violation of Title 18, United States Code, Sections 1951 and 2 contained in Count Seven of the Indictment, we the jury find the Defendant, Jamaa I. Johnson:

_____ GUILTY          ___X____ NOT GUILTY

Question 14. If you found the Defendant, Jamaa I. Johnson, not guilty in Question 13 above, do not provide an answer to this Question 14. As to the charge of Use of Firearms in a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A) contained in Count

Eight of the Indictment arising out of the charge of Robbery Affecting Interstate Commerce in Count Seven, we the jury find the Defendant, Jamaa I. Johnson:

_____ GUILTY                    _____ NOT GUILTY

Question 15.   Regardless of your answer to Question 14 above, answer this Question 15 if you found the Defendant, Jamaa I. Johnson, guilty of the charge of Conspiracy to Commit Armed Robberies in violation of Title 18, United States Code, Section 1951 contained in Count One of the Indictment.   As to the charge of Use of Firearms in a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A) contained in Count Eight of the Indictment arising out of the acts of a co-conspirator, we the jury find the Defendant, Jamaa I. Johnson:

_____ GUILTY                    \_\_\_X\_\_\_ NOT GUILTY

Question 16.   Answer this Question 16 only if you found the Defendant, Jamaa I. Johnson, guilty in either Question 14 or Question 15 above.   As to the charge of Use of Firearms in a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A) contained in Count Eight of the Indictment, we the jury find the Defendant, Jamaa I. Johnson:

_____ USED A FIREARM              _____ CARRIED A FIREARM

_____ BRANDISHED A FIREARM         _____ DISCHARGED A FIREARM

Question 17.   As to the charge of Felon in Possession of Firearm in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) contained in Count Nine of the Indictment, we the jury find the Defendant, Jamaa I. Johnson:

_____ GUILTY                    \_\_\_X\_\_\_ NOT GUILTY

Question 18.   As to the charge of Possessing, Concealing, and Storing Stolen Firearms and Ammunition in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2) and 2 contained in Count Ten of the Indictment, we the jury find the Defendant, Darrell E. Gillespie:

_____X_____ GUILTY                      _____ NOT GUILTY

Question 19.   As to the charge of Robbery Affecting Interstate Commerce in violation of Title 18, United States Code, Sections 1951 and 2 contained in Count Eleven of the Indictment, we the jury find the Defendant, Darrell E. Gillespie:

_____X_____ GUILTY                      _____ NOT GUILTY

Question 20.   Answer this Question 20 only if you found the Defendant, Darrell E. Gillespie, not guilty in Question 19 above.   As to the charge of Attempted Robbery Affecting Interstate Commerce in violation of Title 18, United States Code, Sections 1951 contained in Count Eleven of the Indictment, we the jury find the Defendant, Darrell E. Gillespie:

_____ GUILTY                      _____ NOT GUILTY

Question 21.   If you found the Defendant, Darrell E. Gillespie, not guilty in Questions 19 and 20 above, do not provide an answer to this Question 21.   As to the charge of Use of Firearms in a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A) contained in Count Twelve of the Indictment arising out of the charges of Robbery Affecting Interstate Commerce or Attempted Robbery Affecting Interstate Commerce in Count Eleven, we the jury find the Defendant, Darrell E. Gillespie:

_____X_____ GUILTY                 _____ NOT GUILTY

Question 22.  Regardless of your answer to Question 21 above, answer this Question 22 if you found the Defendant, Darrell E. Gillespie, guilty of the charge of Conspiracy to Commit Armed Robberies in violation of Title 18, United States Code, Section 1951 contained in Count One of the Indictment.  As to the charge of Use of Firearms in a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A) contained in Count Twelve of the Indictment arising out of the acts of a co-conspirator, we the jury find the Defendant, Darrell E. Gillespie:

_____X_____ GUILTY                 ___X̶ᴰ____ NOT GUILTY

Question 23.  Answer this Question 23 only if you found the Defendant, Darrell E. Gillespie, guilty in either Question 21 or Question 22 above.  As to the charge of Use of Firearms in a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A) contained in Count Twelve of the Indictment, we the jury find the Defendant, Darrell E. Gillespie:

_____ USED A FIREARM              _____ CARRIED A FIREARM

_____X_____ BRANDISHED A FIREARM

Question 24.  As to the charge of Witness Tampering in violation of Title 18, United States Code, Section 1512(b)(1) contained in Count Thirteen of the Indictment, we the jury find the Defendant, Jamaa I. Johnson:

_____X_____ GUILTY                 _____ NOT GUILTY

Question 25.  Answer this Question 25 only if you found the Defendant, Jamaa I. Johnson, not guilty in Question 24 above.  As to the charge of Attempted Witness Tampering in violation of Title 18, United States Code, Section 1512(b)(1) contained in Count Thirteen of the Indictment, we the jury find the Defendant, Jamaa I. Johnson:

_____ GUILTY               _____ NOT GUILTY

Question 26.  As to the charge of Conspiracy to Obstruct Justice in violation of Title 18, United States Code, Section 371 by conspiring to knowingly and willfully making materially false, fictitious, or fraudulent statements to a Special Agent with the Federal Bureau of Investigation concerning a matter within the jurisdiction of the executive branch of the United States in violation of 18 U.S.C. § 1001(a)(2) contained in Count Fourteen of the Indictment, we the jury find the Defendant, Darrell E. Gillespie:

_____ GUILTY            \_\_\_X\_\_\_ NOT GUILTY

Question 27.  Regardless of your answer to Question 26 above, answer this Question 27.  As to the charge of Conspiracy to Obstruct Justice in violation of Title 18, United States Code, Section 371 by conspiring to corruptly endeavor to influence, obstruct, or impede the due administration of justice in United States v. Darrell E. Gillespie, Criminal Action No. 2:13-CR-00091, in the United States District Court for the Southern District of West Virginia by encouraging and soliciting false testimony in violation of 18 U.S.C. § 1503 contained in Count Fourteen of the Indictment, we the jury find the Defendant, Darrell E. Gillespie:

\_\_X\_\_\_ GUILTY               _____ NOT GUILTY

DATE: 1 - 28 - 15

_____
FOREPERSON