# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

Date: 02/4/2021                                           Case Number      2:13-cr-00091

Case Style          USA vs. Darrell E. Gillespie

Type of hearing     Video Sentencing

Before the honorable: 2517-Volk

Court Reporter      Ayme Cochran                          Courtroom Deputy  Sydney Whittington

Attorney(s) for the Plaintiff or Government

Monica Coleman

Attorney(s) for the Defendant(s)

John Tinney

Law Clerk           Francesca Rollo

Probation Officer   Linsey Burns

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 11:25 AM | 11:43 AM | Non-Trial Time/Uncontested Time |
| 11:54 AM | 12:04 PM | Non-Trial Time/Uncontested Time |
| 12:07 PM | 12:33 PM | Non-Trial Time/Uncontested Time |
| 12:40 PM | 12:50 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 01:04

## Courtroom Notes

Scheduled Start 11:00 a.m.
Actual Start 11:25 a.m.
Court recessed at 11:43 a.m.
Court resumed at 11:54 a.m.
Court recessed at 12:04 p.m.
Court resumed at 12:07 p.m.
Court recessed at 12:33 p.m.
Court resumed at 12:40 p.m.

Defendant present by video and by counsel for sentencing as to Counts One, Two, Five, Six, Ten, Eleven, Twelve and Fourteen.
Counsel note appearances on the record.
Defendant placed under oath.
Court addresses PSR and addresses remaining objections.
Court makes findings re: applicable U.S.S.G. ranges.
Court addresses 3553(a) factors and hears from parties re: relevant sentencing issues.
Counsel speak before sentence is imposed.
Defendant speaks on own behalf.

After considering advisory U.S.S.G. ranges and 3553(a) factors, Court IMPOSES sentence as follows:
- Custody: 265 months
- Supervised Release: 5 years
- Fine: none imposed
- Assessment: $800

Court states reasons for sentence imposed.
Defendant advised of right to appeal.
Defendant REMANDED.
Court recessed at 12:50 p.m.